IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - -x
                                :
In re:                          :
                                :   Chapter 11
THE IT GROUP, INC.,             :
                                :   Case No. 02-10118 (MFW)
        Debtor.                 :
                                :   **Related to Docket No. 4**
- - - - - - - - - - - - - - - -x
In re:                          :
                                :
37-02 COLLEGE POINT             :   Chapter 11
   BOULEVARD, LLC,              :
                                :   Case No. 02-10119 (MFW)
        Debtor.                 :
                                :
                                :
- - - - - - - - - - - - - - - -x
In re:                          :
                                :
ADVANCED ANALYTICAL             :   Chapter 11
SOLUTIONS, INC.,                :
                                :   Case No. 02-10120 (MFW)
        Debtor.                 :
                                :
- - - - - - - - - - - - - - - -x
In re:                          :
                                :
E-COM SOLUTIONS, INC.,          :   Chapter 11
                                :
        Debtor.                 :   Case No. 02-10121 (MFW)
                                :
- - - - - - - - - - - - - - - -x
In re:                          :
                                :
EMPIRE STATE I, LLC,            :   Chapter 11
                                :
                                :   Case No. 02-10122 (MFW)
        Debtor.                 :
                                :
- - - - - - - - - - - - - - - -x
```

```
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
EMPIRE STATE II, LLC,             :    Chapter 11
                                  :
                                  :    Case No. 02-10123 (MFW)
         Debtor.                  :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
EVAP TECHNOLOGIES LLC,            :    Chapter 11
                                  :
                                  :    Case No. 02-10124 (MFW)
         Debtor.                  :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
EVERGREEN ACQUISITION             :    Chapter 11
    SUB I, INC.,                  :
                                  :    Case No. 02-10125 (MFW)
         Debtor.                  :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
GROUNDWATER TECHNOLOGY, INC.,     :    Chapter 11
                                  :
                                  :    Case No. 02-10126 (MFW)
         Debtor.                  :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
IT ADMINISTRATIVE                 :    Chapter 11
    SERVICES, LLC,                :
                                  :    Case No. 02-10127 (MFW)
         Debtor.                  :
                                  :
- - - - - - - - - - - - - - - - -x
```

```
- - - - - - - - - - - - - - - -x
In re:                          :
                                :
IT C&V OPERATIONS, INC.,        :   Chapter 11
                                :
            Debtor.             :   Case No. 02-10128 (MFW)
                                :
- - - - - - - - - - - - - - - -x
In re:                          :
                                :
IT E&C OPERATIONS, INC.,        :   Chapter 11
                                :
            Debtor.             :   Case No. 02-10129 (MFW)
                                :
- - - - - - - - - - - - - - - -x
In re:                          :
                                :
IT ENVIRONMENTAL AND            :   Chapter 11
    FACILITIES, INC.,           :
                                :   Case No. 02-10130 (MFW)
            Debtor.             :
                                :
- - - - - - - - - - - - - - - -x
In re:                          :
                                :
IT INTERNATIONAL                :   Chapter 11
   HOLDINGS, INC.,              :
                                :   Case No. 02-10131 (MFW)
            Debtor.             :
                                :
- - - - - - - - - - - - - - - -x
In re:                          :
                                :
IT INTERNATIONAL                :   Chapter 11
   INVESTMENTS, INC.,           :
                                :   Case No. 02-10132 (MFW)
            Debtor.             :
                                :
- - - - - - - - - - - - - - - -x
In re:                          :
                                :
IT INTERNATIONAL                :   Chapter 11
   OPERATIONS, INC.,            :
                                :   Case No. 02-10133 (MFW)
            Debtor.             :
                                :
- - - - - - - - - - - - - - - -x
```

```
------------------------------x
In re:                        :
                              :
IT INVESTMENT                 :   Chapter 11
   HOLDINGS, INC.,            :
                              :   Case No. 02-10134 (MFW)
         Debtor.              :
                              :
------------------------------x
In re:                        :
                              :
IT IRON MOUNTAIN              :   Chapter 11
   OPERATIONS, LLC,           :
                              :   Case No. 02-10135 (MFW)
         Debtor.              :
                              :
------------------------------x
In re:                        :
                              :
JERNEE MILL ROAD, LLC,        :   Chapter 11
                              :
         Debtor.              :   Case No. 02-10136 (MFW)
                              :
                              :
------------------------------x
In re:                        :
                              :
KIP I, LLC,                   :   Chapter 11
                              :
         Debtor.              :   Case No. 02-10137 (MFW)
                              :
------------------------------x
In re:                        :
                              :
LANDBANK ACQUISITION I, LLC,  :   Chapter 11
                              :
         Debtor.              :   Case No. 02-10138 (MFW)
                              :
------------------------------x
In re:                        :
                              :
LANDBANK ACQUISITION II, LLC, :   Chapter 11
                              :
         Debtor.              :   Case No. 02-10139 (MFW)
                              :
------------------------------x
```

```
- - - - - - - - - - - - - - - - -x
In re:                           :
                                 :
LANDBANK ACQUISITION             :   Chapter 11
    III, LLC,                    :
                                 :   Case No. 02-10140 (MFW)
            Debtor.              :
                                 :
- - - - - - - - - - - - - - - - -x
In re:                           :
                                 :
LANDBANK ENVIRONMENTAL           :   Chapter 11
    PROPERTIES, LLC,             :
                                 :   Case No. 02-10141 (MFW)
            Debtor.              :
                                 :
- - - - - - - - - - - - - - - - -x
In re:                           :
                                 :
LANDBANK REMEDIATION CORP.,      :   Chapter 11
                                 :
            Debtor.              :   Case No. 02-10142 (MFW)
                                 :
                                 :
- - - - - - - - - - - - - - - - -x
In re:                           :
                                 :
LANDBANK, INC.,                  :   Chapter 11
                                 :
            Debtor.              :   Case No. 02-10143 (MFW)
                                 :
- - - - - - - - - - - - - - - - -x
In re:                           :
                                 :
LANDBANK WETLANDS, LLC,          :   Chapter 11
                                 :
                                 :   Case No. 02-10144 (MFW)
            Debtor.              :
                                 :
- - - - - - - - - - - - - - - - -x
In re:                           :
                                 :
MARCONI WARTBURG, LLC,           :   Chapter 11
                                 :
            Debtor.              :   Case No. 02-10145 (MFW)
                                 :
- - - - - - - - - - - - - - - - -x
```

```
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
MILLSTONE RIVER WETLAND           :   Chapter 11
   SERVICES, LLC,                 :
                                  :   Case No. 02-10146 (MFW)
         Debtor.                  :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
NORTHEAST RESTORATION             :   Chapter 11
   COMPANY, LLC,                  :
                                  :   Case No. 02-10147 (MFW)
         Debtor.                  :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
ORGANIC WASTE                     :   Chapter 11
   TECHNOLOGIES, INC.,            :
                                  :   Case No. 02-10148 (MFW)
         Debtor.                  :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
OTAY MESA VENTURES I, LLC,        :   Chapter 11
                                  :
         Debtor.                  :   Case No. 02-10149 (MFW)
                                  :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
PHR ENVIRONMENTAL                 :   Chapter 11
   CONSULTANTS, INC.,             :
                                  :   Case No. 02-10150 (MFW)
         Debtor.                  :
                                  :
- - - - - - - - - - - - - - - - -x
```

```
- - - - - - - - - - - - - - - -x
In re:                         :
                               :
RARITAN VENTURE I, LLC,        :   Chapter 11
                               :
          Debtor.              :   Case No. 02-10151 (MFW)
                               :
                               :
- - - - - - - - - - - - - - - -x
In re:                         :
                               :
THE DORCHESTER GROUP, LLC,     :   Chapter 11
                               :
          Debtor.              :   Case No. 02-10152 (MFW)
                               :
                               :
- - - - - - - - - - - - - - - -x
In re:                         :
                               :
U.S. WETLANDS SERVICES, LLC,   :   Chapter 11
                               :
          Debtor.              :   Case No. 02-10153 (MFW)
                               :
                               :
- - - - - - - - - - - - - - - -x
In re:                         :
                               :
WHIPPANY VENTURES I, LLC,      :   Chapter 11
                               :
                               :   Case No. 02-10154 (MFW)
          Debtor.              :
                               :
- - - - - - - - - - - - - - - -x
In re:                         :
                               :
WYCKOFF'S MILLS, LLC,          :   Chapter 11
                               :
          Debtor.              :   Case No. 02-10155 (MFW)
                               :
                               :
- - - - - - - - - - - - - - - -x
```

```
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
AMERICAN LANDFILL                 :   Chapter 11
    SUPPLY CO., INC.,             :
                                  :   Case No. 02-10156 (MFW)
            Debtor.               :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
BENECIA NORTH GATEWAY, LLC,       :   Chapter 11
                                  :
            Debtor.               :   Case No. 02-10157 (MFW)
                                  :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
EMCON,                            :   Chapter 11
                                  :
            Debtor.               :   Case No. 02-10158 (MFW)
                                  :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
EMCON INDUSTRIAL                  :   Chapter 11
    SERVICES, INC.,               :
                                  :   Case No. 02-10159 (MFW)
            Debtor.               :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
ENTERPRISE ENVIRONMENTAL &        :   Chapter 11
    EARTHWORKS, INC.,             :
                                  :   Case No. 02-10160 (MFW)
            Debtor.               :
                                  :
- - - - - - - - - - - - - - - - -x
```

```
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
FLUOR DANIEL ENVIRONMENTAL        :    Chapter 11
    SERVICES, INC.,               :
                                  :    Case No. 02-10161 (MFW)
         Debtor.                  :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
GRADIENT CORPORATION,             :    Chapter 11
                                  :
                                  :    Case No. 02-10162 (MFW)
         Debtor.                  :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
IT ALASKA, INC.,                  :    Chapter 11
                                  :
         Debtor.                  :    Case No. 02-10163 (MFW)
                                  :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
IT BAKER LLC,                     :    Chapter 11
                                  :
         Debtor.                  :    Case No. 02-10164 (MFW)
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
IT CORPORATION,                   :    Chapter 11
                                  :
         Debtor.                  :    Case No. 02-10165 (MFW)
                                  :
                                  :
- - - - - - - - - - - - - - - - -x
```

```
- - - - - - - - - - - - - - - -x
In re:                         :
                               :
IT CORPORATION OF NORTH        :    Chapter 11
    CAROLINA, INC.,            :
                               :    Case No. 02-10166 (MFW)
        Debtor.                :
                               :
- - - - - - - - - - - - - - - -x
In re:                         :
                               :
IT LAKE HERMAN ROAD, LLC,      :    Chapter 11
                               :
        Debtor.                :    Case No. 02-10167 (MFW)
                               :
                               :
- - - - - - - - - - - - - - - -x
In re:                         :
                               :
IT VINE HILL, LLC,             :    Chapter 11
                               :
                               :    Case No. 02-10168 (MFW)
        Debtor.                :
                               :
- - - - - - - - - - - - - - - -x
In re:                         :
                               :
IT-TULSA HOLDINGS, INC.,       :    Chapter 11
                               :
                               :    Case No. 02-10169 (MFW)
        Debtor.                :
                               :
- - - - - - - - - - - - - - - -x
In re:                         :
                               :
ITGtech,                       :    Chapter 11
                               :
        Debtor.                :    Case No. 02-10170 (MFW)
                               :
                               :
- - - - - - - - - - - - - - - -x
```

```
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
JELLINEK, SCHWARTZ &              :    Chapter 11
   CONNOLLY, INC.,                :
                                  :    Case No. 02-10171 (MFW)
         Debtor.                  :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
JSC INTERNATIONAL, INC.,          :    Chapter 11
                                  :
                                  :    Case No. 02-10172 (MFW)
         Debtor.                  :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
KATO ROAD, LLC,                   :    Chapter 11
                                  :
                                  :    Case No. 02-10173 (MFW)
         Debtor.                  :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
KEYSTONE RECOVERY, INC.,          :    Chapter 11
                                  :
                                  :    Case No. 02-10174 (MFW)
         Debtor.                  :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
LFG SPECIALTIES, INC.,            :    Chapter 11
                                  :
                                  :    Case No. 02-10175 (MFW)
         Debtor.                  :
                                  :
- - - - - - - - - - - - - - - - -x
```

```
- - - - - - - - - - - - - - - - -x
In re:                           :
                                 :
MONTEREY LANDFILL GAS            :   Chapter 11
    COMPANY,                     :
                                 :   Case No. 02-10176 (MFW)
            Debtor.              :
                                 :
- - - - - - - - - - - - - - - - -x
In re:                           :
                                 :
NATIONAL EARTH                   :   Chapter 11
    PRODUCTS, INC.,              :
                                 :   Case No. 02-10177 (MFW)
            Debtor.              :
                                 :
- - - - - - - - - - - - - - - - -x
In re:                           :
                                 :
NORTHERN CALIFORNIA              :   Chapter 11
    DEVELOPMENT LIMITED,         :
                                 :   Case No. 02-10178 (MFW)
            Debtor.              :
                                 :
- - - - - - - - - - - - - - - - -x
In re:                           :
                                 :
OHM CORPORATION,                 :   Chapter 11
                                 :
            Debtor.              :   Case No. 02-10179 (MFW)
                                 :
                                 :
- - - - - - - - - - - - - - - - -x
In re:                           :
                                 :
OHM REMEDIATION SERVICES         :   Chapter 11
    CORP.,                       :
                                 :   Case No. 02-10180 (MFW)
            Debtor.              :
                                 :
- - - - - - - - - - - - - - - - -x
```

```
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
PACIFIC ENVIRONMENTAL             :   Chapter 11
    GROUP, INC.,                  :
                                  :   Case No. 02-10181 (MFW)
            Debtor.               :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
SIELKEN, INC.,                    :   Chapter 11
                                  :
            Debtor.               :   Case No. 02-10182 (MFW)
                                  :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
SUBMERGED LANDS, LLC,             :   Chapter 11
                                  :
            Debtor.               :   Case No. 02-10183 (MFW)
                                  :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
W&H PACIFIC, INC.,                :   Chapter 11
                                  :
            Debtor.               :   Case No. 02-10184 (MFW)
                                  :
                                  :
- - - - - - - - - - - - - - - - -x
In re:                            :
                                  :
WEHRAN ENGINEERING, PC            :   Chapter 11
                                  :
            Debtor.               :   Case No. 02-10185 (MFW)
                                  :
                                  :
- - - - - - - - - - - - - - - - -x
```

```
- - - - - - - - - - - - - - -x
In re:                       :
                             :
WEHRAN NEW YORK, INC.,       :   Chapter 11
                             :
        Debtor.              :   Case No. 02-10186 (MFW)
                             :
                             :
- - - - - - - - - - - - - - -x
In re:                       :
                             :
WOODBURY CREEK, INC.,        :   Chapter 11
                             :
        Debtor.              :   Case No. 02-10187 (MFW)
                             :
                             :
- - - - - - - - - - - - - - -x
```

**ORDER UNDER 11 U.S.C. § 342 AND FED. R. BANKR. P. 1005, 1015(b), AND 2002 (I) DIRECTING JOINT ADMINISTRATION OF CASES AND (II) APPROVING CAPTION FOR JOINTLY-ADMINISTERED CASES**

Upon the application, dated January 16, 2002 (the "Application"),[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), for an order pursuant to 11 U.S.C. § 342 and Rules 1005, 1015(b), and 2002 of the Federal Rules of Bankruptcy Procedure (i) consolidating for procedural purposes only, and providing for joint administration of, the Debtors' separate chapter 11 cases and (ii) approving a caption for the jointly-administered cases; and the Court having

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meaning ascribed to them in the Application.

14

considered the Application; and the Court having determined that joint administration of these chapter 11 cases is in the best interests of the Debtors, their respective estates, creditors and shareholders; and it appearing that notice of the Application was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Application is GRANTED.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court.

3. The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - x
In re:                          :
                                : Chapter 11
THE IT GROUP, INC.,             :
    et al.,                     : Case No. 02-10118 (MFW)
                                :
        Debtors.                : Jointly Administered
                                :
- - - - - - - - - - - - - - - - x

4.  This caption shall be deemed to comply with the requirements of section 342 of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002.

5.  A docket entry shall be made in each of the Debtors' cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of The IT Group, Inc. and certain of its subsidiaries. The docket in Case No. 02-10118 (MFW) should be consulted for all matters affecting this case.

6.  Any and all chapter 11 cases filed by any Non-filing Affiliates, on or before 7 days following the Petition Date, will automatically be consolidated with the chapter 11 cases of the Debtors for procedural purposes only.

7.  All relief granted in the Debtors' chapter 11 cases will be deemed to be applicable to the same extent in the chapter 11 cases of Non-filing Affiliates, provided however that any period of time established in a prior order setting forth a deadline for the Debtors or another party in interest to act shall be calculated, solely in the Non-filing Affiliate's case, as if the

order had been entered on the date the Non-filing Affiliate's voluntary petition was filed.

Dated: Wilmington, Delaware
January 17, 2002

                                            */s/ Mary F. Walrath*
                                        United States Bankruptcy Judge