

**PROFESSIONAL CONSULTANTS INCORPORATED**

3115 RUSSELL ST.
P.O. BOX 1750
MISSOULA, MONTANA 59806-1750
406/728-1880   FAX 406/728-0276

March 26, 2002

Bankruptcy Court
824 Market Street
Wilmington, DE 19801

RE: The IT Group, Inc. - Case No. 02-10118 (MFW)
    Cure Notice Attachment

To Whom it May Concern:

Exhibit A , The Cure Notice Attachment is incorrect. The amount currently owed to Professional Consultants, Inc., is $22,966.33.   I am attaching a receivables report that shows the invoices billed and the cash received.

Should you have further questions, please feel free in calling me at (406) 728-1880.

Thank you
PROFESSIONAL CONSULTANTS, INC.

Cindy M. Pearson
Office Manager

CONSULTING ENGINEERS   •   SURVEYORS (LAND - AERIAL - MINERAL)   •   PLANNERS — MAPPING

SHOW RECEIVABLES STATUS

Project  6579-01   W & H Pacific/FHA
Billing phase
Client      W800   W & H Pacific
(503)372-3732

| Document type | Document | Date | Inv Appld | Amount | Balance | Retainer | Retainage |
|---|---|---|---|---|---|---|---|
| Invoice | 7674 | 11-26-01 | | 13481.35 | 13481.35 | .00 | .00 |
| Invoice | 7754 | 1-07-02 | | 21772.50 | 35253.85 | .00 | .00 |
| Invoice | 7844 | 2-19-02 | | 1193.83 | 36447.68 | .00 | .00 |
| Cash receipt | 4114939 | 3-20-02 | 7674 | -13481.35 | 22966.33 | .00 | .00 |

| Current | 31-60 days | 61-90 days | 91-120 days | 121+ days | Total |
|---|---|---|---|---|---|
| | 1193.83 | 21772.50 | .00 | | 22966.33 |

F1 Return to project                         F3
F2 Show retainer/retainage balances          F4

**PROFESSIONAL CONSULTANTS INCORPORATED**

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------- x
                                    :
In re:                              :   Chapter 11
                                    :
The IT Group, Inc.,                 :   Case No. 02-10118 (MFW)
   et al.,                          :
                                    :
                                    :
            Debtors.                :   Jointly Administered
                                    :
----------------------------------- x
```

## NOTICE OF AMOUNTS NECESSARY TO CURE DEFAULTS UNDER CONTRACTS AND LEASES PROPOSED TO BE ASSUMED AND ASSIGNED TO THE SHAW GROUP INC. OR A SUCCESSFUL BIDDER(S)

PLEASE TAKE NOTICE THAT pursuant to the motion dated January 25, 2002 (the "Sale Motion"), The IT Group, Inc. and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned case (collectively, the "Debtors"), are selling substantially all of their assets to The Shaw Group Inc. ("Shaw") pursuant to a certain asset purchase agreement (the "Shaw Agreement").

PLEASE TAKE FURTHER NOTICE that the Debtors shall conduct an auction (the "Auction") for all or any part of their assets commencing at 9:00 a.m. EST on April 18, 2002, at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that commencing on April 19, 2002, at 11:30 a.m. EST before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801, there shall be a hearing to approve the sale of the Debtors' assets to Shaw or the successful bidder(s) (the "Successful Bidder(s)"). Objections, if any, to the Sale Motion must be made in writing, filed with the Bankruptcy Court, and served so as to be received no later than 4:00 p.m. EST on April 12, 2002 by (i) Gregg M. Galardi, Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899, counsel for the Debtors (ii) Michael A. Rosenthal, Gibson, Dunn & Crutcher LLP, 2100 McKinney Avenue, Suite 1100, Dallas, Texas 75201, counsel for Shaw, (iii) Thomas E Lauria, White & Case, LLP, counsel for the Committee, (iv) Stephen Karotkin, Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, NY 10153, counsel for the Prepetition Lenders, and (v) Mark Kenney, Office of the United States Trustee, 844 King Street, Suite 2313, Wilmington, Delaware 19801 (collectively referred to as the "Notice Parties").

PLEASE TAKE FURTHER NOTICE that under the Bankruptcy Code, the Debtors seek to assume certain executory contracts and unexpired leases to which they are parties, and assign such contracts and leases to Shaw or the Successful Bidder(s) (the "Assumed Contracts"). Attached hereto as Exhibit A is a list of your contract(s) and/or lease(s) with the Debtors along with the corresponding project number(s).[1] Opposite your name and the corresponding project number is the dollar amount that

---

[1] Nothing contained herein shall be deemed an admission by the Debtors that any contract, lease or other agreement listed on the Exhibit attached hereto is, in fact, an executory contract or an unexpired lease. The Debtors specifically reserve their right to argue that (i) any such contract, lease or other agreement is not an executory contract or an unexpired lease and (ii) any such contract, lease or other agreement is severable.

# EXHIBIT A
## Cure Notice Attachment

| Creditor Name and Address | Description | Cure Amount |
|---|---|---|
| Creditor Id: 223717<br>PROFESSIONAL CONSULTANTS INC  MIS/MT<br>3115 RUSSELL STREET<br>MISSOULA MT 59806-1750 | PROJECT:830700  FHWA/RIMINI ROAD, MT PFH 98 | $35,253.85 |

6579-01